NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


PATRICIA M. BUTZ,                               )
                                                )
        Appellant,                       )
                                                )
v.                                              )          Case No. 2D18-334
                                                )
STANLEY K. SMITH and NANCY J.                   )
SMITH,                                          )
                                                )
        Appellees.                       )
_____ )

Opinion filed February 1, 2019.

Appeal from the Circuit Court for Lee
County; Elizabeth V. Krier, Judge.

Alejandro Fiol of Fiol Law Group, P.A.,
Tampa, for Appellant.

Michael R. D'Lugo of Wicker, Smith,
O'Hara, McCoy & Ford, P.A., Orlando,
for Appellees.


PER CURIAM.


        Affirmed.


KELLY, KHOUZAM, and LUCAS, JJ., Concur.